

**THE LAW OFFICES OF**
**PETER SVERD**
— P L L C —

MEMO ENDORSED

225 Broadway, Suite 613
New York NY 10007

☎ 646-751-8743
📠 212-964-9516
✉ psverd@sverdlawfirm.com
🌐 www.sverdlawfirm.com

December 10, 2020

Hon. Kenneth M. Karas
United States District Court Judge
300 Quarropas Street
White Plains, NY 10601

        Re:    Laufer v. MRC Poughkeepsie, LLC
              Case No.: 20-cv- 6151 (KMK)
            **REQUEST ENLARGEMETN OF TIME TO**
             **RESTORE CASE TO ACTIVE STATUS**

Greetings Judge Karas,

The undersigned represents the plaintiff in the above referenced matter. Plaintiff requests an enlargement of time through January 15, 2021, within which to restore this case to active status. As of today, the settlement agreement is not fully consummated.

This is the first application seeking the relief sought herein, and this application is timely made.

Thank you for your courtesy in this matter.

Very truly yours,

*Peter Sverd*

**Peter Sverd, Esq.**

cc. Attorney Adi Kanlic for Defendant by ECF Only

Granted.
So Ordered.

*/s/ Kenneth M. Karas/*

12/10/20